# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1318. ERIC KEITH JEFFERSON v. FRANKENMUTH INSURANCE COMPANY AS SUBROGEE OF SELLERS CONSTRUCTION COMPANY, LLC.**

Frankenmuth Insurance Company filed a subrogation action against Eric Keith Jefferson and Roomes Trucking, LLC. On August 11, 2025, after the defendants failed to timely answer the complaint, the trial court entered judgment against Jefferson in the principal amount of $59,250.38, plus costs. Jefferson filed a motion to set aside or vacate the judgment, along with a motion to stay enforcement of it. The trial court denied both motions and, on February 5, 2026, Jefferson filed his notice of appeal. Frankenmuth has filed a motion to dismiss the appeal, arguing that this Court lacks jurisdiction. We agree.

A notice of appeal ordinarily must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). Jefferson's February 5 notice of appeal — filed 178 days after the trial court's entry of the final judgment — is untimely as to that order.

Furthermore, an appeal from the denial of a motion to vacate or set aside a judgment requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). And, the "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368

Ga. App. 170, 173(1)(b) (889 SE2d 343) (2023) (citation and punctuation omitted).

Accordingly, Frankenmuth's motion is GRANTED and this appeal is hereby DISMISSED. Given our ruling, Jefferson's motion to stay enforcement of the judgment is rendered moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/27/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*